| | |
|---|---|
| 1 | JEFFREY S. WRUBLE (SBN: 94734) |
| | Email: jwruble@buchalter.com |
| 2 | WILLIAM S. BRODY (SBN: 136136) |
| | Email: wbrody@buchalter.com |
| 3 | DAVID E. MARK (SBN: 247283) |
| | Email: dmark@buchalter.com |
| 4 | SHIR DAVIDOVICZ (SBN: 321042) |
| | Email: sdavidovicz@buchalter.com |
| 5 | BUCHALTER |
| | A Professional Corporation |
| 6 | 1000 Wilshire Blvd., Suite 1500 |
| | Los Angeles, CA  90017-2457 |
| 7 | Telephone: (213)  891-0700 |
| | Facsimile:  (213)  896-0400 |
| 8 | |
| 9 | Attorneys for Plaintiff, HFC ACCEPTANCE, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company, | Case No: **2:23-cv-07744-DDP-AGR** |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AEZ Rent A Car LLC, a New York limited liability company; ICR Group LLC, a New York limited liability company; JHRC Corp, a New York corporation; The Bar, LLC, a New York limited liability company; WCR Group, LLC, a New York limited liability company; YTS Group, LLC, a New York limited liability company; Yitzchok M. Birnhack, an individual domiciled in New York, | |
| Defendants. | |

BN 78688434V1

1

**PROOF OF SERVICE - CASE NO: 2:23-CV-07744-DDP-AGR**

BUCHALTER
A PROFESSIONAL CORPORATION

# PROOF OF SERVICE

*HFC Acceptance, LLC, etc. v. AEZ Rent A Car LLC, etc., et al.*
U.S.D.C. Case No. 2:23-cv-07744-DDP-AGR

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457.

On the date set forth below, I served the foregoing document described as:

1) **Complaint for:**
   1. Breach of Written Contract;
   2. Money Lent;
   3. Account Stated;
   4. Recovery of Personal Property;
   5. Breach of Guaranty;
   6. Breach of Guaranty.

2) **Summons in a Civil Action**

3) **Civil Cover Sheet**

4) **Certification and Notice of Interested Parties**

5) **Notice of Assignment to United States Judges**

6) **Notice to Parties of Court-Directed ADR Program**

7) **Notice to Counsel re Consent to Proceed Before a United States Magistrate Judge**

8) **Plaintiff's Ex Parte Application for:**
   1) Order Appointing Temporary Receiver and Order to Show Cause Why a Permanent Receiver Should Not Be Appointed, and
   2) Temporary Restraining Order in Aid of Receiver and Order to Show Cause Why a Preliminary Injunction in Aid of Receiver Should Not Be Issued;
   **Memorandum of Points and Authorities in Support Thereof**

9) **Declaration of Jeffrey Brodsky in Support of Plaintiff's Ex Parte Application for:**
   1) Order Appointing Temporary Receiver and Order to Show Cause

**Why a Permanent Receiver Should Not Be Appointed, and**

**2) Temporary Restraining Order in Aid of Receiver and Order to Show Cause Why a Preliminary Injunction in Aid of Receiver Should Not Be Issued**

**10) Declaration of Shir Davidovicz in Support of Plaintiff's Ex Parte Application for:**
  **1) Order Appointing Temporary Receiver and Order to Show Cause Why a Permanent Receiver Should Not Be Appointed, and**
  **2) Temporary Restraining Order in Aid of Receiver and Order to Show Cause Why a Preliminary Injunction in Aid of Receiver Should Not Be Issued**

**11) Declaration of Bradley D. Sharp in Support of Plaintiff's Ex Parte Application for:**
  **1) Appointing Temporary Receiver Against Defendants, Order to Show Cause Why a Permanent Receiver Should Not Be Appointed, and**
  **2) For Issuance of Temporary Restraining Order in Aid of Receiver and Order to Show Cause Why a Preliminary Injunction in Aid of Receiver Should Not Be Issued**

**12) [Proposed] Order:**
  **1) Appointing Temporary Receiver Against Defendants, Order to Show Cause Why a Permanent Receiver Should Not Be Appointed, and**
  **2) For Issuance of Temporary Restraining Order in Aid of Receiver and Order to Show Cause Why a Preliminary Injunction in Aid of Receiver Should Not Be Issued**

on all other parties and/or their attorney(s) of record to this action by ☐ faxing; ☒ e-mailing; and/or ☒ placing a true copy thereof in a sealed envelope as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY OVERNIGHT DELIVERY**   On September 21, 2023, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be

served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☒ **BY EMAIL** On September 21, 2023, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on September 21, 2023, at Los Angeles, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 21, 2023, at Los Angeles, California.

|  |  |
|---|---|
| Deborah Smith | */s/ Deborah Smith* |
|  | (Signature) |

# SERVICE LIST

Yitzchok M. Birnhack
412 Avenue J,
Brooklyn, NY, United States, 11230-3329
Phone: 347-409-8300
Email: isaacbirn@gmail.com

Yitzchok M. Birnhack, Sole Owner
AEZ Rent A Car LLC
5314 16th Avenue Suite 202,
Brooklyn, NY, United States, 11204
Phone: 347-409-8300
Email: isaacbirn@gmail.com

Yitzchok M. Birnhack, Sole Owner
ICR Group LLC
199 Lee Avenue, Suite 675,
Brooklyn, NY, United States, 11211
Phone: 347-409-8300
Email: isaacbirn@gmail.com

Yitzchok M. Birnhack, Sole Owner
JHRC Corp
5314 16th Avenue Suite 202,
Brooklyn, NY, United States, 11204
Phone: 347-409-8300
Email: isaacbirn@gmail.com

Yitzchok M. Birnhack, Sole Owner
The Bar, LLC
199 Lee Avenue, Suite 675,
Brooklyn, NY, United States, 11211
Phone: 347-409-8300
Email: isaacbirn@gmail.com

1  Yitzchok M. Birnhack, Sole Owner
2  WCR Group, LLC
3  5314 16th Avenue Suite 202,
   Brooklyn, NY, United States, 11204
4  Phone: 347-409-8300
   Email: isaacbirn@gmail.com
5
6  Yitzchok M. Birnhack, Sole Owner
   YTS Group, LLC
7  199 Lee Avenue, Suite 675,
8  Brooklyn, NY, United States, 11211
   Phone: 347-409-8300
9  Email: isaacbirn@gmail.com

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28