POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Jeffrey S. Wruble (SBN: 94734); William S. Brody (SBN: 136136)<br>Buchalter, A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA  90017-2457<br>TELEPHONE NO.: (213) 891-0700     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  Plaintiff HFC ACCEPTANCE, LLC | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 350 West First Street
MAILING ADDRESS: 350 West First Street
CITY AND ZIP CODE: Los Angeles,  90012
BRANCH NAME: UNITED STATES DISTRICT COURT-Central District of CA

| PLAINTIFF/PETITIONER: HFC ACCEPTANCE, LLC, a California limited liability company | CASE NUMBER:<br>2:23-cv-07744-DDP-AGR |
|---|---|
| DEFENDANT/RESPONDENT: AEZ Rent A Car LLC, a New York limited liability company; et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    - a. ☒ summons
    - b. ☒ complaint
    - c. ☐ Alternative Dispute Resolution (ADR) package
    - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
    - e. ☐ cross-complaint
    - f. ☒ other *(specify documents):* See attached list

3.  a. Party served *(specify name of party as shown on documents served):* YITZCHOK M. BIRNHACK

    b. ☐  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.  Address where the party was served: 4720 Bay Parkway, Brooklyn, NY  11230

5.  I served the party (check proper box)
    - a. ☐  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*                     (2) at *(time):*
    - b. ☒  **by substituted service.** On *(date):* 11/03/2023    at *(time):* 7:50am    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      John Doe, (mid-30's, 5'9", 170lbs, brown hair, beard, white, male), resident
      - (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      - (2) ☒  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      - (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      - (4) ☒  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*              from *(city):*                 or ☒ a declaration of mailing is attached.
      - (5) ☒  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: HFC ACCEPTANCE, LLC, a California limited liability company <br> DEFENDANT/RESPONDENT: AEZ Rent A Car LLC, etc.; et al. | CASE NUMBER: <br> 2:23-cv-07744-DDP-AGR |
|---|---|

5.  c. ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                        (2) from *(city):*

    (3) ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐  **by other means** *(specify means of service and authorizing code section):*

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐  as an individual defendant.
  b. ☐  as the person sued under the fictitious name of *(specify):*
  c. ☐  as occupant.
  d. ☐  On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐  416.10 (corporation)           ☐  415.95 (business organization, form unknown)
    ☐  416.20 (defunct corporation)     ☐  416.60 (minor)
    ☐  416.30 (joint stock company/association)  ☐  416.70 (ward or conservatee)
    ☐  416.40 (association or partnership)    ☐  416.90 (authorized person)
    ☐  416.50 (public entity)            ☐  415.46 (occupant)
                                        ☐  other:

7.  **Person who served papers**
  a.  Name: Joshua Lee, c/o SHERMAN & ASSOCIATES, PI
  b.  Address: 18375 Ventura Blvd., #506, Tarzana, CA  91356
  c.  Telephone number: (213) 305-0485
  d.  **The fee** for service was: $ 3,494.24
  e.  I am:
    (1) ☒  not a registered California process server.
    (2) ☐  exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐  a registered California process server:
      (i) ☐  owner ☐  employee ☐  independent contractor.
      (ii)  Registration No.:
      (iii)  County:

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 11/08/2023

Joshua Lee
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       ▶        (SIGNATURE)

American LegalNet, Inc.
www.FormsWorkflow.com

SERVICE DOCUMENTS

*HFC ACCEPTANCE, LLC, etc., et al.*
*v. AEZ Rent A Car LLC, etc., et al.*
USDC/Central District of California Case No. 2:23-cv-07744-GW-AGR

1. COMPLAINT
2. SUMMONS
3. CIVIL COVER SHEET
4. NOTICE OF INTERESTED PARTIES
5. NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
6. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
7. NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
8. PLAINTIFF'S EX PARTE APPLICATION FOR: (1) ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
9. DECLARATION OF JEFFREY BRODSKY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR: (1) ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED
10. DECLARATION OF SHIR DAVIDOVICZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR: (1) ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED
11. DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF EX PARTE APPLICATION FOR: (1) APPOINTING A TEMPORARY RECEIVER AGAINST DEFENDANTS, ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED
12. [PROPOSED] ORDER: (1) APPOINTING A TEMPORARY RECEIVER AGAINST DEFENDANTS, ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED
13. PROOF OF SERVICE

14. SUPPLEMENTAL DECLARATION OF SHIR DAVIDOVICZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR: (1) ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED
15. PROOF OF SERVICE
16. ORDER RETURNING CASE FOR REASSIGNMENT
17. NOTICE OF ENTRY OF ORDER RETURNING CASE FOR REASSIGNMENT
18. STANDING ORDER RE FINAL PRE-TRIAL CONFERENCES FOR CIVIL TRIALS BEFORE JUDGE GEORGE H. WU
19. DECLARATION OF DAVID E. MARK REGARDING NOTICE OF PLAINTIFF'S EX PARTE APPLICATION FOR: 1) ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED
20. NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL
21. NOTICE OF  RULING ON PLAINTIFF'S EX PARTE APPLICATION TO APPOINT RECEIVER FOR HFC FINANCED VEHICLES

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)* | TELEPHONE NO. | (For Court use only) |
|---|---|---|
| Jeffrey S. Wruble (SBN: 94734)<br>William S. Brody (SBN: 136136)<br>Buchalter, A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457<br>ATTORNEYS FOR: Plaintiff HFC ACCEPTANCE, LLC | (213) 891-0700 | |

NAME OF COURT: United States District Court-Central District of California
STREET ADDRESS: 350 West First Street
MAILING ADDRESS: 350 West First Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: First Street Courthouse

PLAINTIFF: HFC ACCEPTANCE, LLC, a California limited liability company

DEFENDANT: AEZ Rent A Car LLC, a New York limited liability company; et al.

| COURT CASE NUMBER |
|---|
| 2:23-cv-07744-DDP-AGR |

# DECLARATION OF DILIGENCE ON YITZCHOK M. BIRNHACK

HEARING:
DATE:
TIME:
PLACE:

I, Joshua Lee, do hereby certify and declare that I am over the age of 18, and not a party to this action. I am an independent contractor for SHERMAN & ASSOCIATES, PI. My business address is 18375 Ventura Blvd., #506, Tarzana, CA 91356 with telephone (213) 305-0485. If called upon as a witness I could and would testify under oath of my own personal and first-hand knowledge of the service attempts described herein:

Address: <u>5314 16th Avenue, #202, Brooklyn, NY 11204</u>
Attempt: 10/04/2023   Time: 1:36pm  Result: Unmanned private mailbox facility. No one was there.
Address: <u>4720 Bay Pkwy, Brooklyn, NY 11230</u>
Attempt: 10/05/2023   Time: 6:26pm  Result: Per clean shaven male 20's, says works for subject but he is not home now.
Address: <u>199 Lee Avenue, Suite 675, Brooklyn, NY 11204</u>
*Attempt: 10/16/2023   Time: 1:55pm  Result: Private mailbox facility, manager can't confirm if good for subject or companies.*
Address: <u>4720 Bay Pkwy, Brooklyn, NY 11230</u>
Attempt: 10/16/2023   Time: 4:43pm  Result: Housekeeper says he is home in the basement. I went down the driveway finding the garage door open but a male inside saw me and ignored my calls to him and he disappeared into home quickly before closing the garage door. I could not see him well enough to identify or serve.
Address: <u>4720 Bay Pkwy, Brooklyn, NY 11230</u>
Attempt: 11/03/2023   Time: 7:50am  Result: Male exited home to white Escalade. Said he is not Yitzchok M. Birnhack, but refused to identify himself instead talking on his phone. Advised was serving him for Mr. Birnhack and left documents in his general proximity secured against the closed garage door which is down his driveway.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of November, 2023, at Brooklyn, NY.

Joshua Lee
c/o SHERMAN & ASSOCIATES, PI
18375 Ventura Blvd., #506
Tarzana, CA 91356
(213) 305-0485

_____
Joshua Lee

**DECLARATION OF DILIGENCE**

JEFFREY S. WRUBLE (SBN: 94734)
  Email: jwruble@buchalter.com
WILLIAM S. BRODY (SBN: 136136)
  Email: wbrody@buchalter.com
DAVID E. MARK (SBN: 247283)
  Email: dmark@buchalter.com
MARY ANCY PENDERGRASS (SBN: 252705)
  Email: mpendergrass@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213)  891-0700
Facsimile:  (213)  896-0400

Attorneys for Plaintiff, HFC ACCEPTANCE, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company, | **Case No: 2:23-cv-07744-DDP-AGR** |
| Plaintiff, | **DECLARATION OF MAILING** |
| v. | |
| AEZ Rent A Car LLC, a New York limited liability company; ICR Group LLC, a New York limited liability company; JHRC Corp, a New York corporation; The Bar, LLC, a New York limited liability company; WCR Group, LLC, a New York limited liability company; YTS Group, LLC, a New York limited liability company; Yitzchok M. Birnhack, an individual domiciled in New York, | |
| Defendants. | |

**DECLARATION OF MAILING**

*HFC Acceptance, LLC, etc. v. AEZ Rent A Car LLC, etc., et al.*
U.S.D.C. Case No. 2:23-cv-07744-DDP-AGR

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA  90017-1730.  My email address is larias@buchalter.com.

On the date set forth below, I mailed the copies of the documents described as follows:

1. COMPLAINT
2. SUMMONS
3. CIVIL COVER SHEET
4. NOTICE OF INTERESTED PARTIES
5. NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
6. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
7. NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
8. PLAINTIFF'S EX PARTE APPLICATION FOR:  (1) ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
9. DECLARATION OF JEFFREY BRODSKY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR: (1)    ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2)   TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED
10. DECLARATION OF SHIR DAVIDOVICZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR: (1)    ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2)   TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED
11. DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF EX PARTE APPLICATION FOR: (1) APPOINTING A TEMPORARY RECEIVER AGAINST DEFENDANTS, ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED
12. [PROPOSED] ORDER: (1) APPOINTING A TEMPORARY RECEIVER AGAINST DEFENDANTS, ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER

SHOULD NOT BE APPOINTED, AND (2) FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED

13. PROOF OF SERVICE

14. SUPPLEMENTAL DECLARATION OF SHIR DAVIDOVICZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR: (1) ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED

15. PROOF OF SERVICE

16. ORDER RETURNING CASE FOR REASSIGNMENT

17. NOTICE OF ENTRY OF ORDER RETURNING CASE FOR REASSIGNMENT

18. STANDING ORDER RE FINAL PRE-TRIAL CONFERENCES FOR CIVIL TRIALS BEFORE JUDGE GEORGE H. WU

19. DECLARATION OF DAVID E. MARK REGARDING NOTICE OF PLAINTIFF'S EX PARTE APPLICATION FOR: 1) ORDER APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY A PERMANENT RECEIVER SHOULD NOT BE APPOINTED, AND (2) TEMPORARY RESTRAINING ORDER IN AID OF RECEIVER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION IN AID OF RECEIVER SHOULD NOT BE ISSUED

20. NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL

21. NOTICE OF  RULING ON PLAINTIFF'S EX PARTE APPLICATION TO APPOINT RECEIVER FOR HFC FINANCED VEHICLES

(by first-class, postage prepaid) to the person to be served at the place where the copies were left.

I mailed the documents on November 8, 2023 from Los Angeles, CA.

_____          _____
Loretta E. Arias                              (Signature)

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

3