# EXHIBIT 1

|    | VIN | YEAR | MAKE | MODEL |
|----|-----|------|------|-------|
| 1  | 1FTBW3X89NKA53876 | 2022 | Ford | T350 Cargo 2WD El V6 Cargo 3.5L |
| 2  | 1GYS4KKLXNR213213 | 2022 | Cadilac | Escalade ESV 4WD V8 4D SUV |
| 3  | 4T1C11AK0PU741537 | 2023 | Toyota | Camry LE |
| 4  | 4T1C11AK3PU742584 | 2023 | Toyota | Camry LE |
| 5  | 4T1C11AK4PU107177 | 2023 | Toyota | Camry LE |
| 6  | 4T1C11AK5PU106555 | 2023 | Toyota | Camry LE |
| 7  | 4T1C11AK6PU105656 | 2023 | Toyota | Camry LE |
| 8  | 4T1C11AK6PU741347 | 2023 | Toyota | Camry LE |
| 9  | 4T1C11AK7PU744399 | 2023 | Toyota | Camry LE |
| 10 | 4T1C11AK8PU741544 | 2023 | Toyota | Camry LE |
| 11 | 4T1C11AK8PU747828 | 2023 | Toyota | Camry LE |
| 12 | 4T1C11AKXPU737866 | 2023 | Toyota | Camry LE |
| 13 | 4T1C11AKXPU745210 | 2023 | Toyota | Camry LE |
| 14 | 4T1C11BK1PU083015 | 2023 | Toyota | Camry LE AWD |
| 15 | 4T1G11AK0PU103340 | 2023 | Toyota | Camry SE |
| 16 | 4T1G11AK2PU098755 | 2023 | Toyota | Camry SE |
| 17 | 4T1G11AK3PU738746 | 2023 | Toyota | Camry SE |
| 18 | 4T1G11AK5PU103074 | 2023 | Toyota | Camry SE |
| 19 | 4T1G11AK8PU103327 | 2023 | Toyota | Camry SE |
| 20 | 4T1G11AK9PU740551 | 2023 | Toyota | Camry SE |
| 21 | 4T1G11AK9PU740596 | 2023 | Toyota | Camry SE |
| 22 | 5TDBZRBH1NS597704 | 2022 | Toyota | Highlander LE |
| 23 | 5TDKRKEC2NS083951 | 2022 | Toyota | SIENNA HYBRID MINIVAN LE |
| 24 | 5TDKRKEC2NS095839 | 2022 | Toyota | SIENNA HYBRID MINIVAN LE |
| 25 | 5TDKRKEC7NS094881 | 2022 | Toyota | SIENNA HYBRID MINIVAN LE |
| 26 | 5TDYRKEC0NS078726 | 2022 | Toyota | SIENNA  HYBRID MINIVAN XLE |
| 27 | 5TDYRKEC2MS068388 | 2021 | Toyota | Sienna Hybrid Minivan XLE |
| 28 | 5TDYRKEC2NS098637 | 2022 | Toyota | SIENNA  HYBRID MINIVAN XLE |
| 29 | 5TDYRKEC2NS103612 | 2022 | Toyota | SIENNA  HYBRID MINIVAN XLE |
| 30 | 5TDYRKEC4NS088112 | 2022 | Toyota | SIENNA  HYBRID MINIVAN XLE |
| 31 | 5TDYRKEC4NS091589 | 2022 | Toyota | SIENNA  HYBRID MINIVAN XLE |
| 32 | 5TDYRKEC6NS092663 | 2022 | Toyota | SIENNA  HYBRID MINIVAN XLE |
| 33 | 5TDYRKEC7NS089027 | 2022 | Toyota | SIENNA  HYBRID MINIVAN XLE |
| 34 | 5TDYRKEC9NS103896 | 2022 | Toyota | SIENNA  HYBRID MINIVAN XLE |
| 35 | 5TDZRKEC3NS100268 | 2022 | Toyota | SIENNA  HYBRID MINIVAN LIMITED |
| 36 | JTDEPMAE3NJ191403 | 2022 | Toyota | Corolla Sedan LE |
| 37 | JTDEPMAE3NJ194432 | 2022 | Toyota | Corolla Sedan LE |
| 38 | JTDEPMAE4NJ191104 | 2022 | Toyota | Corolla Sedan LE |
| 39 | JTDEPMAE4NJ194746 | 2022 | Toyota | Corolla Sedan LE |
| 40 | JTDEPMAE9NJ194435 | 2022 | Toyota | Corolla Sedan LE |
| 41 | KMHL64JA1PA248235 | 2023 | Hyundai | Sonata SEL |
| 42 | KMHL64JA1PA260787 | 2023 | Hyundai | Sonata SEL |
| 43 | KMHL64JA2PA262077 | 2023 | Hyundai | Sonata SEL |

| | | | | |
|---|---|---|---|---|
| 44 | KMHL64JA3PA264761 | 2023 | Hyundai | Sonata SEL |
| 45 | KMHL64JA9PA265235 | 2023 | Hyundai | Sonata SEL |
| 46 | KNDNB4H30N6132282 | 2022 | Kia | Carnival Minivan  LXS |
| 47 | KNDNB4H31N6122330 | 2022 | Kia | CARNIVAL MINIVAN LXS |
| 48 | KNDNB4H34N6155547 | 2022 | Kia | Carnival Minivan  LXS |
| 49 | KNDNB4H36N6122095 | 2022 | Kia | CARNIVAL MINIVAN LXS |
| 50 | KNDNB4H37N6121876 | 2022 | Kia | CARNIVAL MINIVAN LXS |
| 51 | KNDNB4H38P6212626 | 2023 | Kia | Carnival Minivan  LX |
| 52 | KNDNB4H39N6122608 | 2022 | Kia | CARNIVAL MINIVAN LXS |
| 53 | KNDNB4H39P6214045 | 2023 | Kia | Carnival Minivan  LX |
| | | | | |