**RAINES FELDMAN LITTRELL LLP**
Kathy Bazoian Phelps (State Bar No. 155564)
*kphelps@raineslaw.com*
1900 Avenue of the Stars, 19th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Counsel for Bradley D. Sharp, Permanent Receiver*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>AEZ Rent A Car LLC, a New York limited liability company;<br>ICR Group LLC, a New York limited liability company;<br>JHRC Corp, a New York corporation;<br>The Bar, LLC, a New York limited liability company;<br>WCR Group, LLC, a New York limited liability company;<br>YTS Group, LLC, a New York limited liability company;<br>Yitzchok M. Birnhack, an individual domiciled in New York,<br><br>    Defendants. | Case No.:   2:23-cv-7744-GW-AGRx<br><br>**NOTICE OF MOTION AND MOTION OF RECEIVER FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S ORDER APPOINTING RECEIVER AND ISSUING PERMANENT INJUNCTION IN AID OF RECEIVER**<br><br>*[Memorandum of Points and Authorities and Declarations of Bradley D. Sharp and Kathy Bazoian Phelps submitted concurrently herewith]*<br><br>Date:   March 4, 2024<br>Time:   8:30 a.m.<br>Dept.:   Courtroom 9D<br>Place:   United States District Court<br>           350 West 1st Street,<br>           Los Angeles, CA 90012 |

1

1     PLEASE TAKE NOTICE THAT on March 4, 2024, at 8:30 a.m. in Courtroom 9D of the above-entitled Court, located at 350 West 1st Street, Los Angeles, CA 90012, Bradley D. Sharp, the Court-appointed permanent receiver (the "Receiver"), will and hereby does make this motion for an order to show cause why Defendants AEZ Rent A Car LLC, JHRC Corp., The Bar, LLC, WCR Group, LLC, YTS Group, LLC, and Yitzchok M. Birnhack (collectively, the "Defendants")[1] should not be held in contempt of the Court's *Amended Order: (1) Appointing a Permanent Receiver Against Defendants; and (2) for Issuance of a Preliminary Injunction In Aid of Receiver* (the "Receivership Order").

In this Motion, the Receiver requests this Court to (1) issue an order to show cause why the Defendants should not be held in civil contempt for failing to comply with the Receivership Order; (2) issue compensatory sanctions, including attorneys' fees and costs, against the Defendants in amounts to be determined for the damages caused by their violations of the Receivership Order, subject to proof; and (3) Grant such other and further relief as this Court may deem just and proper. As more fully set forth in the Motion, the requested relief is based upon the Defendants failure to comply with paragraph 11 of the Receivership Order and page 14, lines 2-9, of the Receivership Order, by failing to turn over to the Receiver the 16 vehicles identified in Exhibit "2" attached to the concurrently-filed Memorandum of Points and Authorities, and the "HFC Financed Vehicle Documents" and "HFC Financed Vehicle Devices" (as defined in the Receivership Order) as to the 16 vehicles.

This Motion is based upon this Notice of Hearing on Motion and Motion, the Memorandum of Points and Authorities (the "MPA"), the Declarations of Bradley D. Sharp and Kathy Bazoian Phelps and evidence attached to the MPA,

---

[1] The Motion does not seek any relief against Defendant ICR Group LLC.

and upon such further oral argument, testimony and evidence as may be received at the hearing on this matter.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7-9, any party who opposes the Motion must, not later than 21 days before the date of the hearing on the motion, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion. Evidence presented in all opposing papers shall comply with the requirements of L.R. 7-6, 7-7 and 7-8.

Dated:  February 2, 2024                    RAINES FELDMAN LITTRELL LLP

By: /s/ Kathy Bazoian Phelps
Kathy Bazoian Phelps
*Counsel for Bradley D. Sharp, Permanent Receiver*