1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AEZ Rent A Car LLC, a New York limited liability company;<br>ICR Group LLC, a New York limited liability company;<br>JHRC Corp, a New York corporation;<br>The Bar, LLC, a New York limited liability company;<br>WCR Group, LLC, a New York limited liability company;<br>YTS Group, LLC, a New York limited liability company;<br>Yitzchok M. Birnhack, an individual domiciled in New York,<br><br>Defendants. | Case No.:  CV 23-7744-GW-AGRx<br><br>**AMENDED ORDER TO SHOW CAUSE WHY DEFENDANTS AEZ RENT A CAR LLC, JHRC CORP., THE BAR, LLC, WCR GROUP, LLC, YTS GROUP, LLC, AND YITZCHOK M. BIRNHACK SHOULD NOT BE HELD IN CIVIL CONTEMPT**<br><br>Date:  April 15, 2024<br>Time:  8:30 a.m.<br>Dept.:  Courtroom 9D<br>Place:  United States District Court<br>         350 West 1st Street,<br>         Los Angeles, CA 90012 |

1

10178397.1

The Motion of Receiver for an Order to Show Cause Why Defendants Should Not be Held in Contempt of the Court's Amended Order Appointing Receiver and Issuing Preliminary Injunction in Aid of Receiver (the "Motion")[1] came on for hearing at the above-referenced date, time, and place before the Honorable George H. Wu, United States District Judge presiding. Appearances were as noted on the record. The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and oppositions and responses to the Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion is granted as set forth herein;

2. Defendants AEZ Rent A Car LLC, JHRC Corp. The Bar, LLC, WCR Group, LLC, YTS Group, LLC, and Yitzchok M. Birnhack ("OSC Defendants") are ordered to deliver the HFC Financed Vehicles, HFC Financed Vehicle Documents and the HFC Financed Vehicle Devices (the "HFC Property") to the Receiver and to otherwise comply with the terms of the Receivership Order within 72 hours of entry of this Order.

3. OSC Defendants shall pay, jointly and severally, to the Receiver sanctions in the amount of (a) $500 per day for the first thirty (30) days after the date of service of the Order; and (b) $1,000 per day thereafter, until the date that all of the HFC Property is delivered to and received by the Receiver (the "Sanction Payments"). The Sanction Payments are due and payable on demand by the Receiver. The Receiver shall apply the Sanction Payments on account of the fees and costs incurred by the Receiver.

4. The hearing on the Motion shall be continued to June 27, 2024 at 8:30 a.m. in the event that further relief is necessary to compel compliance by the OSC Defendants with the Receivership Order.

---

[1] The defined terms in this Order shall have the same meaning set forth in the Motion.

10178397.1

5. The Receiver shall file a Status Report regarding this matter by June 24, 2024.

6. The Receiver shall serve a copy of this Order on the OSC Defendants by electronic or regular mail at their last known address.

IT IS SO ORDERED.

DATED: April 18, 2024

_____
HON. GEORGE H. WU
United States District Judge

10178397.1