HFC Acceptance, LLC v. AEZ Rent A Car LLC et al

FILED
CLERK, U.S. DISTRICT COURT

6/5/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ccc _____ DEPUTY

2:23-cv-07744-GW-AGR

06/05/2024

I, Isaac Birnhack regarding case no. 2:23-cv-07744-ddp-agr, am requesting that due to being unable to find representation for the case tomorrow, that the honorable Judge Wu appoint representation on my behalf for the case or the hearing be postponed in order to find representation on my behalf.

Isaac Birnhack