**RAINES FELDMAN LITTRELL LLP**
Kathy Bazoian Phelps (State Bar No. 155564)
*kphelps@raineslaw.com*
1900 Avenue of the Stars, 19th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Counsel for Bradley D. Sharp,*
*Permanent Receiver*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AEZ Rent A Car LLC, a New York limited liability company;<br>ICR Group LLC, a New York limited liability company;<br>JHRC Corp, a New York corporation;<br>The Bar, LLC, a New York limited liability company;<br>WCR Group, LLC, a New York limited liability company;<br>YTS Group, LLC, a New York limited liability company;<br>Yitzchok M. Birnhack, an individual domiciled in New York,<br><br>Defendants. | Case No.:   2:23-cv-7744-GW-AGRx<br><br>**STATUS REPORT RE ORDER TO SHOW CAUSE WHY DEFENDANTS AEZ RENT A CAR LLC, JHRC CORP., THE BAR, LLC, WCR GROUP, LLC, YTS GROUP, LLC, AND YITZCHOK M. BIRNHACK SHOULD NOT BE HELD IN CIVIL CONTEMPT**<br><br>Date:   June 27, 2024<br>Time:   8:30 a.m.<br>Dept.:   Courtroom 9D<br>Place:   United States District Court<br>350 West 1st Street,<br>Los Angeles, CA 90012 |

The Receiver hereby files this status report regarding the Defendants' response to the Amended Order to Show Cause Why Defendants AEZ Rent A Car LLC, JHRC Corp., the Bar, LLC, WCR Group, LLC, YTS Group, LLC and Yitzchok M. Birnhack Should Not be Held in Civil Contempt ("Contempt Order").

1.      The Contempt Order was entered on April 19, 2024.

2.      The Defendants began delivery of the vehicles on April 20, and by April 23, 2024, 15 of the 17 were turned over and accounted for.  By April 24, 2024, evidence that the 16th vehicle had been turned over was provided to the Receiver.

3.      The Defendants have advised that last vehicle was destroyed by the New York City Department of Sanitation, so the final vehicle will not be turned over.

Accordingly, the Receiver does not believe it is necessary to proceed with a further hearing in connection with the Contempt Order. The Receiver reserves the right to seek sanctions for the slight delay in the turnover of the last few vehicles. The Receiver is in the process of preparing his final report in the receivership case.

Dated:  June 24, 2024            RAINES FELDMAN LITTRELL LLP


By:  _/s/ Kathy Bazoian Phelps_____
     Kathy Bazoian Phelps
     *Counsel for Bradley D. Sharp,*
     *Permanent Receiver*

2