UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7744-GW-AGRx | Date | June 27, 2024 |
|---|---|---|---|
| Title | *HFC Acceptance, LLC v. AEZ Rent A Car LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | April Lassiter-Benson | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Shir Davidovicz, by telephone | None Present |
| Kathy P. Phelps for Receiver, by telephone | |

**PROCEEDINGS:**     **ORDER TO SHOW CAUSE RE CONTEMPT**

Court confers with counsel. The Receiver, as stated on the record, withdraws the Civil Contempt Order issued on April 18, 2024 [126].

Court discusses scheduling with Plaintiff's counsel. A status report will be filed by noon on July 29, 2024. Status Conference remains set for August 1, 2024 at 8:30 a.m.

|  | : | 04 |
|---|---|---|
|  | Initials of Preparer | JG |