JEFFREY S. WRUBLE (SBN: 94734)
  Email: jwruble@buchalter.com
WILLIAM S. BRODY (SBN: 136136)
  Email: wbrody@buchalter.com
DAVID E. MARK (SBN: 247283)
  Email: dmark@buchalter.com
DANIELLE M. MAYER (SBN: 298995)
  Email: dmayer@buchalter.com
SHIR DAVIDOVICZ (SBN: 321042)
  Email: sdavidovicz@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff, HFC ACCEPTANCE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company, | Case No: 2:23-cv-07744-GW-AGR |
| Plaintiff, | **AMENDED PROOF OF SERVICE** |
| v. | |
| AEZ Rent A Car LLC, a New York limited liability company;<br>ICR Group LLC, a New York limited liability company;<br>JHRC Corp, a New York corporation;<br>The Bar, LLC, a New York limited liability company;<br>WCR Group, LLC, a New York limited liability company;<br>YTS Group, LLC, a New York limited liability company;<br>Yitzchok M. Birnhack, an individual domiciled in New York, | |
| Defendants. | |

# PROOF OF SERVICE

*HFC Acceptance, LLC, etc. v. AEZ Rent A Car LLC, etc., et al.*
U.S.D.C. Case No. 2:23-cv-07744-GW-AGR

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730. My email address is dsmith@buchalter.com.

On the date set forth below, I served the foregoing document described as:

1) PLAINTIFF'S STATUS REPORT
2) DECLARATION OF SHIR DAVIDOVICZ IN SUPPORT OF PLAINTIFF'S STATUS REPORT

on all other parties and/or their attorney(s) of record to this action by ☐ faxing, ☒ emailing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

*SEE ATTACHED SERVICE LIST*

☒   **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Los Angeles, California on July 29, 2024. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   **BY EMAIL**   On July 29, 2024, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 29, 2024, at Los Angeles, California.

Deborah Smith           */s/ Deborah Smith*
                        (Signature)

BN 83824410v1

# SERVICE LIST

Yitzchok M. Birnhack
5314 16th Ave., Suite 202
Brooklyn, NY 11204
Email: isaacbirn@gmail.com

Yitzchok M. Birnhack, Sole Owner
AEZ Rent a Car LLC
5314 16th Avenue, Suite 202
Brooklyn, NY 11204

JHRC Corp
5314 16th Avenue Suite 202,
Brooklyn, NY 11204
Phone: 347-409-8300

Yitzchok M. Birnhack, Sole Owner
The Bar, LLC
199 Lee Avenue, Suite 675,
Brooklyn, NY 11211

Yitzchok M. Birnhack, Sole Owner
WCR Group, LLC
5314 16th Avenue Suite 202,
Brooklyn, NY 11204

Yitzchok M. Birnhack, Sole Owner
YTS Group, LLC
199 Lee Avenue, Suite 675,
Brooklyn, NY 11211