UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7744-GW-AGRx | Date | August 29, 2024 |
|---|---|---|---|
| Title | HFC Acceptance, LLC v. AEZ Rent A Car LLC, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Shir Davidovicz, by telephone | None Present |

**PROCEEDINGS:** ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT YITZCHOK M. BIRNHACK FOR FAILURE TO DEFEND;

STATUS CONFERENCE AS TO BANKRUPTCY DEFENDANT ICR GROUP LLC

*Pro se* Defendant Yitzchok M. Birnhack is also present by telephone.

Court confers with the parties. For reasons stated on the record, the Court sets a status conference for September 26, 2024 at 8:30 a.m. The parties are to file a joint scheduling report by noon on September 23, 2024.

The order to show cause is DISCHARGED.

Robert Spence, counsel for Defendant ICR Group LLC specially appears by telephone.

Court and counsel confer. For reasons stated on the record, the status conference as to Defendant ICR Group LLC is continued to September 26, 2024 at 8:30 a.m. Plaintiff will file a report re status of bankruptcy by noon on September 23, 2024.

|  | : | 03 |
|---|---|---|
|  | Initials of Preparer | JG |