JEFFREY S. WRUBLE (SBN: 94734)
Email: jwruble@buchalter.com
WILLIAM S. BRODY (SBN: 136136)
Email: wbrody@buchalter.com
DAVID E. MARK (SBN: 247283)
Email: dmark@buchalter.com
DANIELLE M. MAYER (SBN: 298995)
Email: dmayer@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff, HFC ACCEPTANCE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AEZ Rent A Car LLC, a New York limited liability company;<br>ICR Group LLC, a New York limited liability company;<br>JHRC Corp., a New York corporation;<br>The Bar, LLC, a New York limited liability company<br>WCR Group, LLC, a New York limited liability company;<br>YTS Group LLC, a New York limited liability company;<br>Yitzchok M. Birnhack, an individual domiciled in New York,<br><br>Defendants. | **Case No: 2:23-cv-07744-GW-AGR**<br><br>**PLAINTIFF'S STATUS REPORT RE: DEFENDANT ICR GROUP, LLC'S BANKRUPTCY PROCEEDINGS**<br><br>Scheduling Conference: September 26, 2024<br>Time: 8:30 A.M.<br>Courtroom: 9D |

1   Pursuant to the Court's August 29, 2024 Order (Dkt. 162), Plaintiff HFC Acceptance, LLC submits this Status Report updating the Court on the status of Defendant ICR Group, LLC's ("ICR Group") bankruptcy proceedings.

The hearing regarding confirmation of ICR Group's proposed plan of reorganization (the "Proposed Plan") and Plaintiff's objection to confirmation of the Proposed Plan has been continued to a date in November 2024 to be set by the Bankruptcy Court in order to provide Plaintiff with the opportunity to conduct discovery.

DATED: September 23, 2024

BUCHALTER
A Professional Corporation

By: /s/ David E. Mark
JEFFREY S. WRUBLE
WILLIAM S. BRODY
DAVID E. MARK
DANIELLE M. MAYER
Attorneys for Plaintiff
HFC ACCEPTANCE, LLC