**CERTIFICATE OF SERVICE**

I am employed in Los Angeles County, State of California. I am over the age of 18 years old and not a party to this action. My business address is Buchalter, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017.

On **September 23, 2024,** I caused the following to be served via electronic service and mail on the persons listed below:

**PLAINTIFF'S STATUS REPORT RE: DEFENDANT ICR GROUP, LLC'S BANKRUPTCY PROCEEDINGS**

**Service List**

**Yitzchok M. Birnhack**
5314 16th Avenue, Suite 202
Brooklyn, NY 11204
Email: isaacbirn@gmail.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

*/s/   Annique Taylor*
Annique Taylor