UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7744-GW-AGRx | Date | October 7, 2024 |
|---|---|---|---|
| Title | *HFC Acceptance, LLC v. AEZ Rent A Car LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David E. Mark<br>Danielle Mayer | None Present |

**PROCEEDINGS:** ORDER TO SHOW CAUSE RE DEFENDANT YITZCHOK M. BIRNHACK'S FAILURE TO DEFEND; and STATUS CONFERENCE AS TO BANKRUPTCY DEFENDANT ICR GROUP LLC

*Pro se* Defendant Yitzchok M. Birnhack is also present by telephone.

Court confers with the parties. The Court admonishes Defendant Birnhack and orders him to meet and confer with Plaintiff's counsel regarding resolution of this matter. If the matter cannot be resolved, the parties will also discuss scheduling.

The Court sets a status conference for October 15, 2024 at 8:15 a.m. PST. The parties are to file a joint Rule 26(f) report by no later than October 10, 2024.

The status conference as to bankruptcy Defendant ICR Group LLC is continued to October 15, 2024 at 8:15 a.m.

The order to show cause is discharged.

|  | : | 13 |
|---|---|---|
| Initials of Preparer | JG | |