UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7744-GW-AGRx | Date | November 7, 2024 |
|---|---|---|---|
| Title | *HFC Acceptance, LLC v. AEZ Rent A Car LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David E. Mark, by telephone | None Present |

**PROCEEDINGS:** STATUS CONFERENCE

Court confers with Plaintiff's counsel. For reasons stated on the record, the matter will proceed with dates issued on October 15, 2024 as to *pro se* Defendant Yitzchok M. Birnhack.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | JG | |