Yitzchok Birnhack (Full Name)
isaacbirn@gmail.com (Email Address)
4919 20th Avenue (Address Line 1)
Brooklyn, NY 11204 (Address Line 2)
347-409-8300 (Phone Number)
Defendant in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HFC ACCEPTANCE LLC,

Plaintiff,

vs.

AEZ Rent A Car LLC et. al.

Defendant(s).

Case No.: 2:23-CV-07744

**DECLARATION IN SUPPORT OF MOTION** TO COMPEL ARBITRATION VACATE DEFAULTS, STAY ACTION AND AWARD SANCTIONS

**Hearing Date:** January 6, 2024
**Hearing Time:** 8:30am
**Judge:** George H. Wu (Judge's name)
**Place:** Courtroom 9D (courtroom number)

I, Yitzchok Birnhack (print name), declare as follows:

1. I am the Defendant (indicate Plaintiff or Defendant) in the above-entitled case.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. I discussed and attempted to resolve the issues raised in this motion with the opposing counsel in this case on (*date*): October 15, 2024.

4. I submit this declaration in support of my motion to compel arbitration, vacate defaults, stay the action, and sanction Plaintiff for frivolously bringing this action.

5. The agreement between the parties (See Complaint Ex. 1) clearly and unambiguously contains an arbitraion clause. Plaintiff flagrantly ignored the smae by frivolously bringing this matter to this court.

6. As such, this court should grant my motion to compel arbitration, vacate the defaults wrongfully entered, stay this action, and sanction Plaintiff for its frivolous filing of this action.

7. 

8. 

9. 

10. 

11.

1  12. _____
2     _____
3     _____
4  13. _____
5     _____
6     _____
7  14. _____
8     _____
9     _____
10 15. _____
11    _____
12    _____

13 I declare under penalty of perjury that the foregoing is true and correct.
14 Executed on __November 21, 2024__, in _____Brooklyn, NY_____.
15                 (date of signing)                (city, state of signing)

16                          Yitzchok Birnhack _____
17                          (signature)

18                          Yitzchok Birnhack
19                          (name)

20                          __Defendant__ in Pro Per
21                          (indicate Plaintiff or Defendant)

3
Declaration