## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-7744-GW-AGRx | Date | January 6, 2025 |
|---|---|---|---|
| Title | *HFC Acceptance, LLC v. AEZ Rent A Car LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David E. Mark, by telephone | None Present |

**PROCEEDINGS:** **DEFENDANT YITZCHOK M. BIRNHACK'S MOTION TO COMPEL ARBITRATION, VACATE DEFAULTS, STAY ACTION, AND SANCTIONS [184]**

*Pro se* defendant Yitzchok M. Birnhack is also present by telephone.

The Court's Tentative Ruling on Defendant's Motion [184] was issued on January 3, 2025 [190]. Court confers with the parties. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion.

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | JG |