Yitzchok Birnhack
5314 16th Avenue, Suite 202
Brooklyn, New York 11204
isaacbirn@gmail.com
347.409.8300
**Pro Se Defendant**

FILED
CLERK, U.S. DISTRICT COURT

MAR 12, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JG_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company, <br><br> Plaintiff <br><br> v. <br><br> AEZ Rent A Car LLC, a New York limited liability company; ICR Group LLC, a New York limited liability company; JHRC Corp., a New York corporation; The Bar, LLC, a New York limited liability company WCR Group, LLC, a New York limited liability company; YTS Group LLC, a New York limited liability company; Yitzchok M. Birnhack, an individual domiciled in New York, <br><br> Defendants. | Case No. 2:23-cv-07744-GW-AGR <br> Hon. George H. Wu <br><br> **DECLARATION OF YITZCHOK BIRNHACK** |

---

1

DECLARATION OF YITZCHOK BIRNHACK

## DECLARATION OF YITZCHOK BIRNHACK

I, Yitzchok Birnhack, declare as follows:

1. I am a defendant in this action. I make this declaration based on personal knowledge. The statements herein are true and correct.

2. I am unable to attend the scheduled deposition on March 13, 2025 at the offices of Buchalter, opposing attorneys, at 1000 Wilshire Boulevard in Los Angeles, which was scheduled by Buchalter.

3. I have advised both the Judge's chambers and opposing counsel, Kevin Connelly at Buchalter, that I will be unable to attend due to the deposition landing on the same day as the Jewish holidays Ta-anit Esther and Purim, which require me to be fasting beginning at dawn on March 13th.

4. This would cause a lack of state of mind for me to properly participate in a deposition and represent myself in the best manner.

5. I would like to make the Court aware as well that I have been working to obtain counsel in California to represent me in this matter, and to be able to respond to these requests. It has proven more difficult and time consuming, and has thus caused delays and confusion in regards to staying up to date with scheduled appearances.

6. I kindly request that Buchalter and the Court allow a short postponement of the scheduled deposition on March 13th to a date following the holiday.

I declare under penalty of perjury under the law of the United States of American, that I have read the foregoing declaration and that the facts stated in it are true.

Executed 3/12/2025, at __BROOKLYN__, __NY__.

By: /s/ _____
Yitzchok Birnhack, declarant

2
DECLARATION OF YITZCHOK BIRNHACK