Yitzchok Birnhack
5314 16th Avenue, Suite 202
Brooklyn, New York 11204
347.409.8300
isaacbirn@gmail.com
Pro Se Defendant

FILED
CLERK, U.S. DISTRICT COURT
APR 9, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: JG  DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AEZ Rent A Car LLC, a New York limited liability company; ICR Group LLC, a New York limited liability company; JHRC Corp., a New York corporation; The Bar, LLC, a New York limited liability company, WCR Group, LLC, a New York limited liability company; YTS Group LLC, a New York limited liability company; Yitzchok M. Birnhack, an individual domiciled in New York,<br><br>Defendants. | Case No.: 2:23-cv-07744-GW-AGR<br><br>**NOTICE OF MOTION TO STAY FOR 45 DAY PAUSE IN COURT PROCEEDINGS FOR DEFENDANT YITZCHOK M. BIRNHACK**<br><br>Judge: Hon. George H. Wu<br>Action Filed: September 15, 2023<br>Trial Date: June 17, 2025<br><br>Date: May 12, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D |

1. I, Yitzchok Birnhack, am requesting the court approve our Motion to Stay and temporarily halt court proceedings for a total of 45 days, pending obtaining attorney representation for our behalf.

2. I am a defendant in this action. The statements herein are true and correct.

3. As the court and opposing counsel are aware, I have been attempting to seek counsel in California, which has proven to be a difficult matter, and thus has created a hardship in my ability to move forward with the case.

- 1 -

4. My office has reached out to a total of ten (10) firms, none of whom are able to agree to provide representation, nor suggest or provide referrals of other counsel for us to contact.

5. During this time, opposing counsel has been moving forward at a rate we simply cannot keep up with without representation.

6. It has become very clear that we cannot represent ourselves, and we are struggling with this case, especially with answering motions, requests, etc., from the opposing side. It is not our intention to disregard opposing counsel's demands. It is simply very difficult for us to move forward without having proper representation and guidance. We have no familiarity or experience in this type of matter and handling it on our own, and moreover, we are not aware of how the California court system operates.

7. In order to have a fair continuation of proceedings, we will need to have expertise to guide us further along, which unfortunately has proven to be taking longer to acquire.

8. I hope the court understands my position and will grant our request to Stay and halt proceedings for 45 days. This will allow us the time necessary to be able to catch up to opposing counsel through means of obtaining our own representation, thus creating a fair and equal way to continue with legal proceedings.

9. I further hope the court can appreciate that we are a small independent business, not a large corporation, and in addition, we are struggling with the current economic conditions and unprecedented times. This is not the only battle we are currently dealing with in trying to keep our business afloat. Thus again, is why it is so important for us to be able to have added time to obtain a firm who can provide us with the help we greatly need.

DATED: April 9, 2025

YITZCHOK BIRNHACK
In Pro Per