# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AEZ Rent A Car LLC, a New York limited liability company;<br>ICR Group LLC, a New York limited liability company;<br>JHRC Corp., a New York corporation;<br>The Bar, LLC, a New York limited liability company<br>WCR Group, LLC, a New York limited liability company;<br>YTS Group LLC, a New York limited liability company;<br>Yitzchok M. Birnhack, an individual domiciled in New York,<br><br>Defendants. | Case No: CV 23-7744-GW-AGRx<br><br>**ORDER GRANTING PLAINTIFF HFC ACCEPTANCE, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT YITZCHOK M. BIRNHACK**<br><br>**Hearing Information:**<br>Date: April 21, 2025<br>Time: 8:30 A.M.<br>Location: 350 West 1st Street, Los Angeles, California 90012<br>Dept.: 9D<br>Floor: 9th<br><br>Action Filed: September 15, 2023 |

# ORDER

Plaintiff HFC Acceptance, LLC's ("Plaintiff") Motion for Partial Summary Judgment against Defendant Yitzchok M. Birnhack ("Defendant Birnhack") (the "Motion") came on for hearing before the above-referenced court at 8:30 A.M. on April 21, 2025, the Honorable George H. Wu, presiding.

David E. Mark, Esq., and Kevin J. Connelly, Esq. appeared on behalf of Plaintiff by telephone. Defendant Birnhack also appeared by telephone.

Having considered the Motion, any opposition and reply papers, the evidence submitted, and the arguments of the parties, and for good cause shown, the Court hereby orders as follows:

1. The Motion is **GRANTED**; and,
2. Plaintiff is entitled to summary judgment on its sixth claim for Breach of Guaranty against Defendant Birnhack because there is no genuine dispute of material fact and Plaintiff is entitled to judgment as a matter of law.

**IT IS SO ORDERED.**

DATED: April 30, 2025

_____
HON. GEORGE H. WU,
United States District Judge