UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HFC ACCEPTANCE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AEZ Rent A Car LLC, a New York limited liability company;<br>ICR Group LLC, a New York limited liability company;<br>JHRC Corp, a New York corporation;<br>The Bar, LLC, a New York limited liability company;<br>WCR Group, LLC, a New York limited liability company;<br>YTS Group, LLC, a New York limited liability company;<br>Yitzchok M. Birnhack, an individual domiciled in New York,<br><br>Defendants. | Case No.: CV 23-7744-GW-AGRx<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS ICR GROUP, LLC AND YITZCHOK M. BIRNHACK SHOULD NOT BE HELD IN CIVIL CONTEMPT**<br><br>Date:  December 11, 2025<br>Time:  8:30 a.m.<br>Dept.:  Courtroom 9D<br>Place:  United States District Court<br>       350 West 1st Street,<br>       Los Angeles, CA 90012 |

1

The Motion of Receiver for an Order to Show Cause Why Defendants Should Not be Held in Contempt of the Court's Amended Order Appointing Receiver and Issuing Preliminary Injunction in Aid of Receiver (the "Motion")[1] came on for hearing at the above-referenced date, time, and place before the Honorable George H. Wu, United States District Judge presiding. Appearances were as noted on the record. The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and oppositions and responses to the Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion is granted as set forth herein;

2. Defendants ICR Group, LLC and its employees ("ICR"), and Yitzchok M. Birnhack aka Isaac Birnhack aka Isaac Birn ("Birnhack" and, together with ICR, the "ICR Defendants") shall personally appear before this Court on **December 18, 2025, at 8:30 a.m.** (the "Contempt Hearing") to show cause why an order of civil contempt and sanctions should not be entered against each of them for failing to comply with the Receivership Order and the Checkmate Order;

3. At the Contempt Hearing, if the ICR Defendants have not yet fully complied with the Receivership Order and the Checkmate Order by turning over and delivering to the Receiver all of the ICR Vehicles that have not been delivered to or repossessed by the Receiver by that date, the Court will consider (1) whether to detain and incarcerate Birnhack until the ICR Defendants fully comply with the Receivership Order and the Checkmate Order, and (2) the amount of monetary sanctions to be ordered against the ICR Defendants, jointly and severally, which will be between the amount previously approved by the Court in this Action by an order entered on April 18, 2024, against certain

---

[1] The defined terms in this Order shall have the same meaning set forth in the Motion.

2

10654192.3

defendants for their failure to abide by orders of this Court in this Action ($500 per day for the first 30 days and $1,000 per day thereafter), and the amount requested by the Receiver in the Motion ($1,000 per day for the first 5 days and $1,750 per day thereafter);

        3.      Any response to this Order to Show Cause may be presented at the hearing; and

        4.      The Receiver shall serve a copy of this Order on the ICR Defendants by (a) personal service at 5314 16TH Avenue PMB 238, Brooklyn, NY 11204, if possible, and (b) email and by overnight delivery to all known email and physical addresses for the ICR Defendants.

IT IS SO ORDERED.

DATED: December 12, 2025

_____
HON. GEORGE H. WU,
United States District Judge

10654192.3