UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 23-7744-GW-AGRx** | Date | March 26, 2026 |
|---|---|---|---|
| Title | ***HFC Acceptance, LLC v. AEZ Rent A Car LLC, et al***. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE WHY ADEQUATE
NOTICE GIVEN WITH RESPECT TO RECEIVER'S MOTION**

November 27, 2023, the Court appointed Bradley D. Sharp ("Receiver") the permanent receiver of 53 motor vehicles financed by Plaintiff HFC Acceptance, LLC ("HFC") at issue in this dispute. *See* Docket No. 66.   In that order, the Court empowered the Receiver "to locate, take immediate possession of, assemble, and safeguard the HFC Financed Vehicles." *Id*. at 2.   Ultimately, the Receiver was able to recover all but one of the vehicles, but the receivership estate incurred significant costs in doing so. *See* Motion, Docket No. 255, at 2.

On March 26, 2026, the Receiver filed the instant Motion asking the Court to (1) approve the Receiver's final account and report; (2) approve and ratify payment of all receiver and professional expenses and fees; (3) direct HFC to pay fees and expenses incurred from February 1, 2026 through the close of the receivership; (4) terminate the receivership; (5) dissolve the preliminary injunction contained in the order appointing the Receiver, *see* Docket No. 66 at 13; (6) confirm the Receiver's actions and discharge the Receiver; (7) exonerate and return HFC and Receiver's bonds; (8) bar all future claims against the Receiver and the receivership estate; and (8) provide for the disposition of records in the possession of the Receiver. *See* Motion at 1.   The Motion is scheduled to be heard on March 30, 2026. *Id.*

Under Local Rule 66-7, a receiver must provide notice to all interested parties of applications for the payment of fees and expenses, as well as of the receiver's final account and report and request for discharge upon completion of the receivership, each supported by appropriate documentation. L.R. 66-7(e)-(f).   The timing of such notice is governed by Local Rule 6-1, which requires that motions be noticed for hearing with the standard 28-day period of advance notice unless otherwise ordered by the Court. *Id.* 6-1. Accordingly, absent a contrary directive in the appointment order or from the Court, a receiver's requests for fees, expenses, and termination of the receivership must comply with the ordinary notice requirements applicable to noticed motions.

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 23-7744-GW-AGRx** | Date | March 26, 2026 |
|---|---|---|---|

| Title | ***HFC Acceptance, LLC v. AEZ Rent A Car LLC, et al***. |
|---|---|

Based on the foregoing discussion, Defendants are **ORDERED TO SHOW CAUSE** why the Receiver's Motion provided adequate notice at the hearing on March 30, 2026 at 8:30 a.m., or otherwise why the Court should order a shortened timeframe for the Motion.


**IT IS SO ORDERED.**