**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HFC ACCEPTANCE, LLC, a California limited liability company,

Plaintiff,

v.

AEZ Rent A Car LLC, a New York limited liability company; ICR Group LLC, a New York limited liability company; JHRC Corp., a New York corporation; The Bar, LLC, a New York limited liability company WCR Group, LLC, a New York limited liability company; YTS Group LLC, a New York limited liability company; Yitzchok M. Birnhack, an individual domiciled in New York,

Defendants.

Case No: CV 23-7744-GW-CTSx

**ORDER GRANTING PLAINTIFF HFC ACCEPTANCE, LLC'S MOTION FOR ATTORNEYS' FEES**

**ORDER**

Plaintiff HFC Acceptance, LLC's ("Plaintiff") Motion for Attorneys' Fees (the "Motion") came on for hearing before the above-referenced court at 8:30 A.M. on November 9, 2026, the Honorable George H. Wu, presiding.

David E. Mark, Esq., and Kevin J. Connelly, Esq. appeared on behalf of Plaintiff. There was no appearance on behalf of Defendants AEZ Rent A Car, LLC, JHRC Corp., The Bar, LLC, WCR Group, LLC, YTS Group, LLC, and Yitzchok M. Birnhack (collectively, "Defendants").

Having considered the Motion, the evidence submitted, and the arguments of the parties, and for good cause shown, the Court hereby orders as follows:

1. The Motion is **GRANTED IN PART,** with the Court adopting its Tentative Ruling [Dkt. 300] as its ruling on the Motion with the modification described in paragraph 3 below; and,
2. Plaintiff is determined to be the prevailing party on its claims for relief against Defendants pursuant to California Civil Code section 1717;
3. As ordered during the hearing on the Motion, the Court made a further reduction of $950.00 from Plaintiff's requested attorneys' fees; and,
4. Plaintiff is, therefore, entitled to an award of attorneys' fees against Defendants, jointly and severally, in the amount of $729,633.55.

**IT IS SO ORDERED.**

DATED: November 12, 2026

HON. GEORGE H. WU,
United States District Judge