**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HFC ACCEPTANCE, LLC, a California limited liability company,

Plaintiff,

v.

AEZ Rent A Car LLC, a New York limited liability company; ICR Group LLC, a New York limited liability company; JHRC Corp., a New York corporation; The Bar, LLC, a New York limited liability company WCR Group, LLC, a New York limited liability company; YTS Group LLC, a New York limited liability company; Yitzchok M. Birnhack, an individual domiciled in New York,

Defendants.

Case No: CV 23-7744-GW-CTSx

**AMENDED JUDGMENT**

On September 14, 2026, the Court granted Plaintiff HFC Acceptance, LLC's ("Plaintiff") Application for Default Judgment against Defendants AEZ Rent A Car LLC, JHRC Corp., The Bar, LLC, WCR Group, LLC, and YTS Group, LLC (the "Defaulted Defendants") and for entry of judgment against Defendant Yitzchok M. Birnhack ("Defendant Birnhack").

On November 9, 2026, the Court granted in part Plaintiff's Motion for Attorneys' Fees against the Defaulted Defendants and Defendant Birnhack. Additionally, the Court's Clerk granted in part Plaintiff's Application to Tax Costs.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered in favor of Plaintiff and against the Defaulted Defendants and Defendant Birnhack, jointly and severally, in the sum of $1,610,691.95 consisting of:

- outstanding principal in the sum of $235,988.80;
- accrued interest of $368,731.70, which is accruing and shall continue to accrue at the daily rate of $60.64;
- late charges of $31,819.35;
- Payments the Plaintiff has made to the Court-appointed Receiver in the amount of $215,515.74 and accrued interest on those payments of $22,827.99, which is accruing, and shall continue to accrue until this Judgment is fully satisfied, at the daily rates of $20.67 (for the payment made on November 15, 2024), $25.58 (for the payment made on March 16, 2026), and $8.37 (for the payment made on April 24, 2026);
- attorneys' fees totaling $729,633.55;
- costs totaling $6,174.82; and,

2. Further, judgment is entered in favor of Plaintiff against Defendant Birnhack in the additional sum of $198,811.80, consisting of Court-ordered sanctions

of $193,610.52 and accrued interest on those sanctions of $5,201.28, which is accruing and shall continue to accrue at the daily rate of $20.16. Accordingly, the total amount of judgment entered against Defendant Birnhack is $1,809,503.75; and,

3. Plaintiff may obtain only one satisfaction of the amounts awarded jointly and severally; and,

4. Interest after the date of this Judgment shall be at the ordinary federal statutory rate. 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

DATED: November 12, 2026

HON. GEORGE H. WU,
United States District Judge